UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20 CR 562-002 |
| Plaintiff | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| JASON MITCHELL, | ) | |
| Defendant | ) | **ORDER** |

This matter was before the court on September 19, 2023, for a supervised release violation hearing, upon the recommendation of the Pretrial Services and Probation Officer. Defendant Jason Mitchell was present and represented by Assistant Federal Public Defender Jeffrey Lazarus. The United States was represented by Assistant United States Attorney Vasile Katsaros. The Pretrial Services and Probation Office was represented by Diana Samad. The court reporter was George Staiduhar. The defendant admitted to supervised release violations 1, 2 and 3 before Magistrate Judge Knapp on July 26, 2023, as set forth on the record. The court adopts the Report and Recommendation of the Magistrate Judge and the court finds Defendant in violation of the terms of his supervised release for the reasons stated on the open record. Violation 4 was dismissed.

IT IS ORDERED that Defendant's supervised release continue as previously imposed, with the condition that he complete the CATS drug treatment program, and transition to a Sober

Living facility until it is determined by the facility that he is prepared to be discharged.

Defendant was advised of his right to appeal.

      IT IS SO ORDERED.

                                      /s/*SOLOMON OLIVER, JR.*
                                      UNITED STATES DISTRICT JUDGE

September 20, 2023